**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| Regents of the University of Michigan,<br><br>Plaintiff,<br><br>vs.<br><br>St. Jude Medical, Inc.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:12-cv-12908-AC-MJH<br><br>Judge Avern Cohn |

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

This matter having come to be heard by the stipulation of the parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that all claims brought in the above-captioned matter are dismissed in their entirety with prejudice and without fees or costs to either party.

This Order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

Dated: June 25, 2015

s/Avern Cohn
U.S. District Court Judge

**APPROVED AS TO FORM AND SUBSTANCE**:

/s/ Christopher G. Darrow(w/permission)
Christopher G. Darrow (P67196)
Darrow Mustafa PC
410 N. Center Street
Suite 200
Northville, MI 48167
248-864-5961 (direct)
E: darrow@darrowiplaw.com

Ronn B. Kreps
**Fulbright & Jaworski L.L.P**.
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612.321.2800
E: rkreps@fulbright.com

*Attorneys for Defendant*
*St. Jude Medical, Inc.*

/s/ Regan K. Dahle
Regan K. Dahle (P53975)
Butzel Long, a professional corporation
301 East Liberty Street
Suite 500
Ann Arbor, MI 48104
T: 734.213.3268
E: dahle@butzel.com

Robert M. Gerstein
Michael R. Weiner
Jennifer Burnette
**Marshall, Gerstein & Borun LLP**
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
T: 312.474.6300
E: rgerstein@marshallip.com
E: mweiner@marshallip.com
E: jburnette@marshallip.com

*Attorneys for Plaintiff*
*the Regents of the University of Michigan, Inc.*

Dated: June 25, 2015